UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


<u>United States of America</u>

    v.                          Criminal No. 05-cr-072-01-JD

<u>Justin Compton</u>

### RECUSAL ORDER

After reviewing the list of victims to whom restitution is to be ordered in this case, I have determined that it is necessary for me to recuse myself.

SO ORDERED.

                                        /s/ Joseph A. DiClerico, Jr.
                                        Joseph A. DiClerico, Jr.
                                        United States District Judge

September 6, 2005

cc:  Robert Kinsella, Esquire
     Bjorn Lange, Esquire
     U.S. Probation
     U.S. Marshal